MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN ROBERTS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB, a Nevada Limited Liability Company,<br><br>Defendant. | Case No.: 2:14-cv-02110-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff NATHAN ROBERTS, by and through her attorneys MARK J. BOURASSA, ESQ. AND TRENT L. RICHARDS, ESQ. of The Bourassa Law Group, LLC, and Defendant RUSSELL ROAD FOOD AND BEVERAGE, LLC d/b/a CRAZY HORSE III GENTLEMEN'S CLUB, by and through its attorney PUOY K. PREMSRIRUT, ESQ. of Brown Brown & Premsrirut, that this matter be dismissed, with prejudice, the parties to each bear

///

///

1  their own attorney's fees and costs.

2  Dated this 28th day of September 2015.    Dated this 23rd day of September 2015.

3  **THE BOURASSA LAW GROUP, LLC**           **BROWN BROWN & PREMSRIRUT**

4

5  _____            _____
6  MARK J. BOURASSA, ESQ.                     PUOY K. PREMSRIRUT
   Nevada Bar No. 7999                        Nevada Bar No. 7141
7  TRENT L. RICHARDS, ESQ.                    520 S Fourth St, Second Floor
   Nevada Bar No. 11448                       Las Vegas NV 89101
8  8668 Spring Mountain Road, Suite 101       *Attorneys for Defendant*
   Las Vegas NV 89117
9  *Attorneys for Plaintiff*

10
   IT IS SO ORDERED
11

12
                                              _____
13
                                              UNITED STATES ~~MAGISTRATE~~ JUDGE
14
                                              DATED: September 29, 2015
15                                            CASE NO.: 2:14-cv-02110-MMD-GWF

16  Submitted by:

17  THE BOURASSA LAW GROUP, LLC

18  _____
    MARK J. BOURASSA, ESQ.
19  Nevada Bar No. 7999
    TRENT L. RICHARDS, ESQ.
20  Nevada Bar No. 11448
    8668 Spring Mountain Road, Suite 101
21  Las Vegas NV 89117
    *Attorneys for Plaintiff*

22

23

24

25

26

27

28